No. 79–769.   TRUSTEES OF THE COLORADO CEMENT MASONS APPRENTICE TRUST FUND ET AL. *v.* LEVY ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 79–773.   VAGLE *v.* PICKANDS MATHER & Co.   C. A. 8th Cir.   Certiorari denied.

No. 79–781.   HAMLIN *v.* F. GREGORIE & SON ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 79–785.   PEACHES *v.* CITY OF EVANSVILLE, INDIANA, ET AL.   Ct. App. Ind.   Certiorari denied.

No. 79–806.   DUNGAN *v.* KENTUCKY BAR ASSN.   Sup. Ct. Ky.   Certiorari denied.

No. 79–857.   RAIMONDI *v.* COURT OF APPEALS OF MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 79–865.   SCHIFALACQUA *v.* CONTINENTAL CASUALTY Co., AKA CNA INSURANCE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 79–871.   MAYO *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 79–874.   TREASURE ISLE, INC. *v.* CARR, U. S. DISTRICT JUDGE.   C. A. 5th Cir.   Certiorari denied.

No. 79–5139.   SINCLAIR *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 79–5520.   JOHNSON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 79–5527.   TONEY ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.